| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: STEVEN I. LOCKE<br>         U.S. MAGISTRATE JUDGE | DATE:  10/7/24<br>TIME:  11:00 am |

CASE:  **CV 24-1482 (SIL) Bold Broadcasting LLC v. Noogalights LLC et al**

TYPE OF CONFERENCE:   STATUS          FTR: 11:07-11:55
APPEARANCES:
         For Plaintiff:   Alan Stein

         For Defendant: E. David Smith
                        Garrett Fahy

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☐   The court has adopted and So Ordered the joint proposed scheduling order [    ] submitted by the parties.

☐   The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒   Other: Oral argument held.  Plaintiff's motion for a hearing, DE [40], is granted. Plaintiff's motion for injunctive relief, DE [39], is granted in part and denied in part as follows.  Consistent with the proportionality requirements of Fed. R. Civ. P. 26, Defendant will be permitted to maintain (keep) a sampling of the problemed lighting and related equipment to be used at trial.  Plaintiff's expert will appear to examine all of the equipment and lighting on or before October 11, 2024.  Plaintiff may retrieve all of the equipment, except for the sampling, on October 21, 2024.  The October 29, 2024 conference is adjourned to December 12, 2024 at 11:00am.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

         12/12/24 at 11:00 am         : Status conference


                                        SO ORDERED

                                         /s/Steven I. Locke
                                        STEVEN I. LOCKE

United States Magistrate Judge