| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: STEVEN I. LOCKE<br>          U.S. MAGISTRATE JUDGE | DATE: 10/28/2024<br>TIME: 9:30 am |

CASE:  **CV 24-1482 (SIL) Bold Broadcasting LLC v. Noogalights LLC et al**

TYPE OF CONFERENCE:   MOTION              FTR: 9:43-10:19

APPEARANCES:
    For Plaintiff:   Alan Stein

    For Defendant: E. David Smith

**THE FOLLOWING RULINGS WERE MADE:**

☒   ORDER:   Oral argument held.  DE [49] is converted to a motion to compel and for sanctions.  As to the 3 controllers, transmitter and director, the Court concludes that they were maintained in compliance with the Court's earlier order and there is no reason to order their return.   Plaintiff's expert will be permitted to review those items (and perhaps some other retained items) at a mutually agreeable time within two weeks of the date of this order.  As to Defendant's videos of Plaintiff's expert, the Court accepts defense counsel's representations that all videos were uploaded to a YouTube playlist for Plaintiff's review.  As to Plaintiff's request that the depositions be ordered to take place in the courthouse in the first instance, with Defendants being located in Tennessee, the request is denied.  Further, and for the sake of clarity, the Court does not intend to oversee and referee all the depositions in real time.  If constant supervision becomes necessary, the Court will appoint a special master to fulfill this function and the parties' expense.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

    3/25/25 at 10:00 am    : Pretrial conference.  A joint proposed pretrial order must be electronically filed 3 days prior to this conference.

                                    SO ORDERED

                                     /s/Steven I. Locke
                                    STEVEN I. LOCKE
                                    United States Magistrate Judge