| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK** | **CIVIL CONFERENCE**<br>**MINUTE ORDER** |
| BEFORE: STEVEN I. LOCKE<br>       U.S. MAGISTRATE JUDGE | DATE: 1/8/25<br>TIME: 10:45 am |

CASE:  **CV 24-1482(SIL) Bold Broadcasting LLC v. Noogalights LLC et al**

TYPE OF CONFERENCE:   MOTION             FTR: 10:43-11:03

APPEARANCES:
    For Plaintiff:   Alan Stein

    For Defendant: E. David Smith

**THE FOLLOWING RULINGS WERE MADE:**

☒    ORDER:   Oral argument held on Defendant's motion for reconsideration, DE [60].  The motion is granted consistent with the discussion on the record.  The Third-Party Complaint will be filed and either served on consent or be put out for service on January 20, 2025.  Further, Plaintiff will serve a draft Amended Complaint on Defendant on January 20, 2025 to determine whether Defendant will accept service.  If service is accepted, the Amended Complaint should be filed.  If not, the parties should submit a proposed briefing schedule for any motion for leave to amend.  This briefing schedule should be submitted on January 27, 2025.  A second set of discovery requests will be served on January 31, 2025 and responses will be served on May 3, 2025.  Further, the parties will submit letter briefing on any motion concerning the location of Defendant's deposition(s) by January 29, 2025 (the Court does not need moving and opposition papers, but rather references to the authorities that each side relies upon).

       Next status conference:  May 27, 2025 at 10:00am.  At the next conference, the parties will have coordinated a deposition schedule and at least begun depositions.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

       5/27/25 at 10:00 am          : Status conference

                                    SO ORDERED

                                    /s/Steven I. Locke
                                    STEVEN I. LOCKE
                                    United States Magistrate Judge